UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-673-BR

| | | |
|---|---|---|
| AQUA NORTH CAROLINA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| INTAMATION ENGINEERING | ) | |
| SERVICES, INC., COMPANION | ) | |
| PROPERTY AND CASUALTY | ) | |
| INSURANCE COMPANY, DAVID | ) | |
| JAMES HAMILLA, NICHOLAS E. | ) | |
| ANGER, and ALAN W. THORSEN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte*. The parties have advised the court that "they have reached a settlement in principle." (DE # 61 at 1.) As a result of this development, the motions to dismiss filed by defendants Companion Property and Casualty Insurance Company, David James Hamilla, and Alan W. Thorsen (DE ## 15, 17, 41) and plaintiff's motion to compel discovery responses (DE # 55) are DENIED WITHOUT PREJUDICE with leave to renew in the event that settlement documents are not effectuated.

This 5 September 2013.

                                                                W. Earl Britt
                                                                 Senior U.S. District Judge