IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-673-BR

| | |
|---|---|
| AQUA NORTH CAROLINA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| INTAMATION ENGINEERING SVCS., ) | |
| INC., COMPANION PROPERTY & ) | |
| CASUALTY INSURANCE CO., DAVID ) | |
| JAMES HAMILLA, NICHOLAS E. ) | |
| ANGER, AND ALAN W. THORSEN, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This cause is before the Court upon the parties' joint motion for a status conference. (DE-67). On August 30th, this Court stayed this proceeding[1] and all deadlines through and including October 31, 2013. DE-62. The parties have timely reported their progress to the Court via their motion for status conference, and state that they require additional time to finalize a settlement. The parties do not, however, request that the stay be extended further. Instead, they seek an order setting a status conference for "the Court's guidance and preference on how this matter should proceed." DE-67. Having reviewed the parties' motion, it does not appear that good cause exists for a status conference.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on Friday, November 01, 2013.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE

---

[1] Though the parties state in their motion that "this action has not been stayed as to IntaMation," DE-67 at 4, nothing in the Court's August 30 Order (DE-62), nor the parties' request for the stay (DE-61) limits the stay to specific parties.