IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-673-BR

| | |
|---|---|
| AQUA NORTH CAROLINA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| INTAMATION ENGINEERING SVCS., ) | |
| INC., COMPANION PROPERTY & ) | |
| CASUALTY INSURANCE CO., DAVID ) | |
| JAMES HAMILLA, NICHOLAS E. ) | |
| ANGER, AND ALAN W. THORSEN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This cause is before the Court upon the parties' joint motion to stay. (DE 69). On August 30th, this Court stayed this proceeding[1] and all deadlines through and including October 31, 2013. (DE 62). The parties have timely reported their progress to the Court and state that they require additional time to finalize a settlement. Thus, they request that the stay be extended until December 13, 2013. Having reviewed the parties' motion, it appears that good cause exists for extending the stay of proceedings. Accordingly, the motion (DE 69) is GRANTED and the proceedings and all deadlines are stayed through December 13, 2013.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on November 5, 2013.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE

---

[1] Though the parties state in their motion that "this action has not been stayed as to IntaMation," DE-67 at 4, nothing in the Court's August 30 Order (DE-62), nor the parties' request for the stay (DE-61) limits the stay to specific parties.