IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-673-BR

| AQUA NORTH CAROLINA, INC. | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| INTAMATION ENGINEERING SERVICES, INC. AND COMPANION PROPERTY AND CASUALTY INSURANCE COMPANY, DAVID JAMES HAMILLA, NICHOLAS E. ANGER, AND ALAN W. THORSEN | ) | |
| Defendants. | ) | |

THIS CAUSE is before the Court upon the parties' Joint Motion to Dismiss all claims in this action effective February 28, 2014. The motion is joined by all parties except Defendant David James Hamilla, who is presently in bankruptcy, has received his discharge of claims through that proceeding and has asserted no affirmative claims for relief in this matter.

The moving parties have reported that they have executed a comprehensive, confidential settlement agreement, which resolves all claims asserted in this action. They have further advised the Court that certainly purely ministerial tasks remain in order to complete tasks required under the settlement agreement, and that they anticipate that those tasks will be accomplished on or before February 28, 2014. The parties have therefore requested the Court to dismiss all claims effective February 28, 2014, and that the Court retain jurisdiction of this matter through that date, in the event motions related to the parties' settlement are filed

For good cause, the parties' Joint Motion to Dismiss is ALLOWED, and this action is DISMISSED WITH PREJUDICE.

This 3 March 2014.

_____
W. Earl Britt
Senior U.S. District Judge